KM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| DNK Quartey, | No.   CV-25-03446-PHX-SHD (JZB) |
| Petitioner, | |
| v. | **ORDER** |
| Executive Office for Immigration Review, et al., | |
| Respondents. | |

On September 18, 2025, self-represented Petitioner DNK Quartey, who is confined in the Buffalo Federal Detention Facility in Batavia, New York, filed a Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1). On October 20, 2025, Petitioner filed a Motion to Change Venue/Transfer Case (Doc. 4). The Court will grant the Motion and transfer this action to the United States District Court for the Western District of New York.

A petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 must be filed in the district court having jurisdiction over the petitioner's custodian. *Hernandez v. Campbell*, 204 F.3d 861, 864 (9th Cir. 2000) (§ 2241 petitions must be filed in the custodial court, not the sentencing court). Petitioner is presently incarcerated in Batavia, New York. Accordingly, this Court does not have jurisdiction over Petitioner's custodian.

In the interests of justice, and for the lack of jurisdiction or the convenience of parties and witnesses, the district court may transfer an action to any other district where it might have been brought. *See* 28 U.S.C. § 1631; 28 U.S.C. § 1404(a). Accordingly, the

1  Court will direct the Clerk of Court to transfer this action to the United States District Court
2  for the Western District of New York.
3      **IT IS ORDERED** that Petitioner's Motion to Change Venue/Transfer Case (Doc.
4  4) is **granted**. the Clerk of Court **must transfer** this action to the United States District
5  Court for the Western District of New York.
6      Dated this 23rd day of October, 2025.

_____
Honorable Sharad H. Desai
United States District Judge